**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| In re:  Louis Jones, Jr.<br>         Nikki Lee Jones<br><br>                              Debtor(s) | CASE NO. 07-50446<br><br>CHAPTER 13 |

### ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor, having filed a modified/amended plan herein, it is

**ORDERED:**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than ten (10) days before the date noted below for the confirmation hearing or twenty-five (25) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on **November 20, 2007** at **10:00 am**, at **Staunton, Circuit Courtroom, 2nd Floor, 113 E. Beverley Street, Staunton, VA 24401**.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee, and any and all interested parties within five (5) days of the date of this order and **certify to the Clerk of this Court and the trustee the manner in which service has been made.**

Entered:  September 17, 2007

*/s/ Ross W. Krumm*
**ROSS W. KRUMM, JUDGE**

Clerk, U.S. Bankruptcy Court
116 N Main St., Room 223
Harrisonburg, VA  22802

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the within Order and Notice, along with the Proposed Modified/Amended Plan, were mailed to all creditors and interested parties.

Dated: _____               _____
                                                                          Counsel for the Debtor

ohapkh.frm