**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **In re:  LOUIS JONES, JR.** | ) | **Chapter 13** |
| **NIKKI LEE JONES** | ) | **Case No. 07-50446** |
| | ) | |
| **Debtors** | ) | |

**O R D E R**

At Harrisonburg in said District this 14th day of December 2007:

On July 2, 2007, the Debtors filed a petition initiating the above captioned chapter 13 case. On July 9, 2007, the Debtors filed an amended chapter 13 plan. The local "Chapter 13 Plan" form includes paragraph eleven entitled "Other provisions of this plan." Within paragraph eleven, the Debtors included eighteen provisions. On October 9, 2007, the chapter 13 trustee filed a supplemental objection to confirmation of the Debtors' plan citing concerns with specific provisions of the plan's paragraph eleven.

On November 1, 2007, the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division, entered a Memorandum Decision and Order in the case of In re Maupin, Case No. 07-61051, sustaining the objection of the chapter 13 trustee to paragraph eleven provisions identical to those at issue here. Finding the In re Maupin court's decision sustaining the trustee's objection fully applicable to the facts of this case, this court adopts the In re Maupin decision for purposes of disposing of the Trustee's objection to confirmation in the above captioned case.

Accordingly, it is

ORDERED:

That the Trustee's objection to confirmation of the Debtor's chapter 13 plan is SUSTAINED.

Copies of this order are directed to be sent to counsel for the Debtors, Marshall Moore Slayton, Esquire, 420 Park St., Charlottesville, VA 22902; and the chapter 13 Trustee, Herbert L. Beskin, Esquire, P.O. Box 2103, Charlottesville, VA 22902.

/s/ Ross W. Krumm

Ross W. Krumm
U.S. Bankruptcy Judge